MATTHEW B.F. BIREN, ESQ., CSB #56565
EMAIL: MBIREN@BIREN.COM
BIREN / KATZMAN
11911 SAN VICENTE BOULEVARD, SUITE 140
WEST LOS ANGELES, CALIFORNIA 90049-6617
(310) 476-3031
FACSIMILE: (310) 471-3165

Attorneys for Plaintiff
WYNELLE M. CHADWICK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYNELLE M. CHADWICK,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC.; AIG COMMERCIAL INSURANCE GROUP, INC.; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>    Defendants. | CASE NO. C09-03619 CRB<br><br>Assigned to Judge Charles R. Breyer<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S COUNSEL'S REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE DUE TO INJURY<br><br>Complaint Filed: July 1, 2009<br>Trial Date:  None Set |

1

SMH:gdh:11/2009-2913
F06006   *C09-03619 CRB [PROPOSED] ORDER RE: PLF'S REQ. FOR TELEPHONIC APPEARANCE*

1   GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that
2   Plaintiff's counsel, Matthew B.F. Biren may appear telephonically at the Case
3   Management Conference on November 20, 2009.

6   DATED: Nov. 12, 2009            By:_____
7                                       JUDGE OF THE UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer

---

SMH:gdh:11/2009-2913
F06006   C09-03619 CRB [PROPOSED] ORDER RE: PLF'S REQ. FOR TELEPHONIC APPEARANCE

2