STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesscott.com
M. COLLEEN RYAN (SBN 258359)
cryan@hayesscott.com
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, CA 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendants
AMERICAN INTERNATIONAL GROUP, INC., CHARTIS U.S., INC.
(erroneously sued as AIG Commercial Insurance Group, Inc. and
NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYNELLE M. CHADWICK,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC.; AIG COMMERCIAL INSURANCE GROUP, INC.; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.<br><br>Defendants. | CASE NO. 3:09-CV-03619 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S MINUTE ORDER OF NOVEMBER 20, 2009** |

All parties, by and through their respective counsel, hereby stipulate to partially revise the Court's Minute Order as follows:

## I.
## RECITALS

1. The parties have been working diligently toward moving this case forward in an efficient, expeditious manner. The parties have exchanged initial disclosures and are engaged in settlement discussions.

2. The parties wish to continue settlement discussions without expending potentially

241488 -1-

unnecessary expense and time pursuing additional discovery and law and motion activities. For these reasons, the parties have agreed to extend the deadline for fact discovery for purposes of the summary judgment motion and the summary judgment hearing for 60 days.

    3. Accordingly, the parties have agreed to the following proposed revision of the Court's November 20, 2009 Minute Order as follows.

## II.
## STIPULATION

The parties hereby stipulate to the following revision to the Court's Minute Order:

| | |
|---|---|
| 1. Completion of fact discovery for purposes of summary judgment motion | April 29, 2010 (currently March 1, 2010) |
| 2. Summary Judgment Hearing | June 25, 2010 (currently April 16, 2010) |

Dated: January 25, 2010            BIREN KATZMAN

By   /s/ Matthew B.F. Biren
      MATTHEW B.F. BIREN
      Attorney for Plaintiff
      WYNELLE M. CHADWICK

Dated: January 25, 2010            HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

By   /s/ Stephen P. Ellingson
      STEPHEN M. HAYES
      STEPHEN P. ELLINGSON
      M. COLLEEN RYAN
      Attorneys for Defendants
      AMERICAN INTERNATIONAL GROUP, INC., CHARTIS U.S., INC., AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, the fact discovery cut-off for purposes of the summary judgment motion and summary judgment hearing dates are continued as follows:

| | |
|---|---|
| 1. Completion of fact discovery for purposes of summary judgment motion | April 29, 2010 (currently March 1, 2010) |
| 2. Summary Judgment Hearing | June 18, 2010 (currently April 16, 2010) |

Dated: _____January 29___, 2010

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed Judge Charles R. Breyer]*

241488     - 4 -

**STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S MINUTE ORDER OF 11/20/09**
**CASE NO. 3:09-CV-03619 CRB**