```
 1  STEPHEN M. HAYES (SBN 83583)
    shayes@hayesscott.com
 2  STEPHEN P. ELLINGSON (SBN 136505)
    sellingson@hayesscott.com
 3  M. COLLEEN RYAN (SBN 258359)
    cryan@hayesscott.com
 4  HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
    203 Redwood Shores Pkwy., Ste. 480
 5  Redwood City, CA 94065
    Telephone: 650.637.9100
 6  Facsimile: 650.637.8071

 7
    Attorneys for Defendants
 8  AMERICAN INTERNATIONAL GROUP, INC., CHARTIS U.S., INC.
    (erroneously sued as AIG Commercial Insurance Group, Inc. and
 9  NATIONAL UNION FIRE INSURANCE COMPANY OF
    PITTSBURGH, PA
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYNELLE M. CHADWICK,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC.; AIG COMMERCIAL INSURANCE GROUP, INC.; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.<br><br>Defendants. | CASE NO. C09-03619 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION** |

All parties, by and through their respective counsel, hereby stipulate to continue Early Neutral Evaluation as follows:

## I.
## RECITALS

1. On Friday, February 5, 2010, the parties held their initial teleconference regarding Early Neutral Evaluation. Present on the call were Matthew Biren for plaintiff, Stephen Ellingson for defendants and the Early Neutral Evaluator, Anthony M. Boskovich.

2. The parties continue to work diligently toward moving this case forward in an

243217 -1-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION
CASE NO. 3:09-CV-03619

efficient, expeditious manner. The parties are engaged in settlement discussions.

3. The parties wish to continue settlement discussions without expending potentially unnecessary expense and time preparing for and briefing the issues for Early Neutral Evaluation. Consistent with the Court's Order granting a sixty day extension for matters related to the summary judgment hearing, the parties have agreed to extend the deadline for Early Neutral Evaluation for 60 days.

4. Accordingly, the parties have agreed to the following proposed revision of the Court's October 30, 2009 Order setting the ADR deadline as follows.

## II.
## STIPULATION

The parties hereby stipulate to the following revision to the Court's Order:

1. Deadline for ADR session          May 3, 2010
                                                        (currently March 1, 2010)

Dated: February 25, 2010          BIREN KATZMAN

By   //s//
    MATTHEW B.F. BIREN
    Attorney for Plaintiff
    WYNELLE M. CHADWICK

Dated: February 25, 2010          HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

By   //s//
    STEPHEN M. HAYES
    STEPHEN P. ELLINGSON
    M. COLLEEN RYAN
    Attorneys for Defendants
    AMERICAN INTERNATIONAL GROUP, INC.,
    CHARTIS U.S., INC., AND
    NATIONAL UNION FIRE INSURANCE
    COMPANY OF PITTSBURGH, PA

| | |
|---|---|
| 1 | <center>[PROPOSED] ORDER</center> |
| 2 | Pursuant to the parties' stipulation, the deadline for ADR session is continued as follows: |
| 3 | 1. Deadline for ADR session              May 3, 2010 |
| 5 | Dated: February 26, 2010 |
| 6 | HONORABLE CHARLES R. BREYER<br>UNITED STATES DISTRICT COURT JUDGE |

IT IS SO ORDERED
Judge Charles R. Breyer