STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesscott.com
JAMIE A. RADACK (SBN 221000)
jradack@hayesscott.com
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, CA 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendants
AMERICAN INTERNATIONAL GROUP, INC., CHARTIS U.S., INC.
(erroneously sued as AIG Commercial Insurance Group, Inc. and
NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYNELLE M. CHADWICK,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC.; AIG COMMERCIAL INSURANCE GROUP, INC.; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.<br><br>Defendants. | CASE NO. 3:09-CV-03619 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SUMMARY JUDGMENT HEARING AND RELATED DATES** |

All parties, by and through their respective counsel, hereby stipulate to continue the deadline for the completion of fact discovery the summary judgment hearing, and the deadline for ADR completion as follows:

**I.
RECITALS**

1. The parties have been working diligently toward moving this case forward in an efficient, expeditious manner. The parties are in the process of exchanging formal discovery and are engaged in settlement discussions.

2. The parties wish to continue the summary judgment hearing in light of the parties' settlement discussions. Due to upcoming trials and other conflicts on the parties' respective calendars, August 13, 2010 is the earliest date the parties would be prepared for briefing and a summary judgment hearing.

3. Accordingly, the parties have agreed to the following proposed revision of the Court's Order as follows.

## II.
## STIPULATION

The parties hereby stipulate to the following revision to the Court's Order:

| | |
|---|---|
| 1. Completion of Fact Discovery (for purposes of summary judgment motion) | June 24, 2010 (currently April 29, 2010) |
| 2. Summary Judgment Hearing | August 13, 2010 (currently June 18, 2010) |
| 3. Deadline for ADR Completion | September 3, 2010 (currently May 3, 2010) |

Dated: April 15, 2010

BIREN KATZMAN

By_____
MATTHEW B.F. BIREN
Attorney for Plaintiff
WYNELLE M. CHADWICK

Dated: April __, 2010

HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

By_____
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorneys for Defendants
AMERICAN INTERNATIONAL GROUP, INC., CHARTIS U.S., INC., AND
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

[~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, the deadline for the completion of fact discovery, the summary judgment hearing date, and the deadline for ADR are continued as follows:

1. Completion of Fact Discovery        June 24, 2010
   (for purposes of summary judgment motion)     (currently April 29, 2010)

2. Summary Judgment Hearing        August 13, 2010
          (currently June 18, 2010)

3. Deadline for ADR Completion        September 3, 2010
          (currently May 3, 2010)

Dated: _____, 2010

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

241488      - 4 -

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SUMMARY JUDGMENT HEARING AND RELATED DATES**
**CASE NO. 3:09-CV-03619 CRB**