STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesscott.com
JAMIE A. RADACK (SBN 221000)
jradack@hayesscott.com
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, CA 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendants
AMERICAN INTERNATIONAL GROUP, INC., CHARTIS U.S., INC.
(erroneously sued as AIG Commercial Insurance Group, Inc. and
NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYNELLE M. CHADWICK,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC.; AIG COMMERCIAL INSURANCE GROUP, INC.; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.<br><br>Defendants. | CASE NO. 3:09-CV-03619 CRB<br><br>**STIPULATION OF DISMISSAL;<br>[PROPOSED] ORDER**<br>[Fed. Rule Civ. Proc., Rule 41(a)(1) |

IT IS HEREBY STIPULATED by Plaintiff Wynelle M. Chadwick through her attorney of record, Matthew B.F. Biren of Biren/Katzman, and Defendants American International Group, Inc., Chartis U.S., Inc. and National Union Fire Insurance Company of Pittsburgh, PA through their attorney of record Stephen P. Ellingson of Hayes Scott Bonino Ellingson & McLay, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1). Each party to bear their own costs.

///

///

| | | |
|---|---|---|
| 1 | Dated: July 1, 2010 | BIREN KATZMAN |
| 2 | | |
| 3 | | By _____ |
| 4 | | MATTHEW B.F. BIREN<br>Attorney for Plaintiff<br>WYNELLE M. CHADWICK |
| 5 | | |
| 6 | Dated: June 29, 2010 | HAYES SCOTT BONINO ELLINGSON &<br>McLAY, LLP |
| 7 | | |
| 8 | | By _____ |
| 9 | | STEPHEN M. HAYES<br>STEPHEN P. ELLINGSON |
| 10 | | JAMIE A. RADACK<br>Attorneys for Defendants |
| 11 | | AMERICAN INTERNATIONAL GROUP, INC., |
| 12 | | CHARTIS U.S., INC., AND<br>NATIONAL UNION FIRE INSURANCE |
| 13 | | COMPANY OF PITTSBURGH, PA |
| 14 | | |
| 15 | | **ORDER** |
| 16 | IT IS SO ORDERED. | |
| 17 | | |
| 18 | Dated: July 9, 2010 | |
| 19 | | _____<br>HONORABLE CHARLES R. BREYER<br>UNITED STATES DISTRICT COURT JUDGE |

IT IS SO ORDERED
Judge Charles R. Breyer